# IOWA COURT OF APPEALS

| | | | |
|---|---|---|---|
| State v. Bockert | 14–0053 | 01/25/2017 | Affirmed |
| Andersen v. Khanna | 14–1682 | 01/25/2017 | Affirmed |
| Tyson v. State | 14–1869 | 01/25/2017 | Affirmed |
| Pendleton v. State | 15–0069 | 01/25/2017 | Reversed and Remanded for further proceedings |
| Kang v. State | 15–0651 | 01/25/2017 | Affirmed |
| Krogmann v. State | 15–0772 | 01/25/2017 | Affirmed |
| State v. Baudler | 15–1050 | 01/25/2017 | Affirmed in part, Reversed in part, and Remanded |
| Shams v. Hassan | 15–1344 | 01/25/2017 | Reversed and Remanded for New Trial |
| State v. Brown | 15–1352 | 01/25/2017 | Affirmed |
| State v. Perez–Castillo | 15–1400 | 01/25/2017 | Appeal Dismissed |
| State v. Vulich | 15–1851 | 01/25/2017 | Convictions Affirmed; Sentence Vacated in part and Remanded |
| State v. Juarez–Martinez | 15–1950 | 01/25/2017 | Reversed and Remanded |
| Houser, Matter of Estate of | 15–1993 | 01/25/2017 | Affirmed |
| Urbandale Best, LLC v. R&R Realty Group, LLC | 15–2015 | 01/25/2017 | Affirmed in part, Reversed in part on Appeal; Affirmed on Cross-Appeal |
| Boss v. State | 15–2037 | 01/25/2017 | Affirmed |
| Carver v. State | 15–2075 | 01/25/2017 | Affirmed |
| State v. Olson | 15–2114 | 01/25/2017 | Judgment and Sentence Vacated and Remanded with directions |
| Workman, Matter of Estate of | 15–2126 | 01/25/2017 | Affirmed |
| State v. Walker | 15–2131 | 01/25/2017 | Affirmed |